# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2014

### NO. 03-12-00079-CV

**Doctors Data, Inc., Appellant**

**v.**

**Ronald Stemp and Carrie Stemp, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, FIELD, AND ABOUSSIE\*
AFFIRMED -- OPINION BY JUSTICE ABOUSSIE;
CONCURRING OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on January 25, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).